```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

SONJA F. BUTLER                §
                               §
VS.                            §  CIVIL ACTION NO.4:06-CV-580-Y
                               §
MICHAEL J. ASTRUE,             §
Commissioner of                §
Social Security                §

                ORDER ADOPTING MAGISTRATE JUDGE'S
                FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On April 20, 2007, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause.  In his findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Sonja Butler's claim for disability insurance benefits under Title II of the Social Security Act.  All parties had until May 11 to file written objections to the magistrate's proposed findings.

Butler filed objections requesting that the Court reject the magistrate's findings.  The commissioner did not file a response.

After carefully reviewing the findings, record, case law, and Butler's objections, applying a *de novo* standard of review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein.

Accordingly, the commissioner's decision is AFFIRMED.

SIGNED May 30, 2007.

                                    _____
                                    TERRY R. MEANS
                                    UNITED STATES DISTRICT JUDGE

TRM/flg